UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-10328 |
|---|---|---|
| Frank J. Sidote | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

## ORDER ON DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. Chapter 13 plan is modified to allow the debtor to retain all of his 2019 tax refund.

Enter:

*Jacqueline Cox*
United States Bankruptcy Judge

Dated: 4/20/20

**Prepared by:**
Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko