UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: FRANK J SIDOTE ) Case No. 16 B 10328
)
Debtor ) Chapter 13
)
) Judge: JACQUELINE P COX

## AMENDED NOTICE OF MOTION

FRANK J SIDOTE

DAVID M SIEGEL
via Clerk's ECF noticing procedures

10 FORESTDALE PARK
CALUMET CITY, IL 60409

Please take notice that on October 19, 2020 at 9:00 am., I will appear before the Honorable Judge JACQUELINE P COX, or any judge sitting in the Judge's place, and present the Trustee's Motion, a copy of which was previously served upon you.

**To appear by video,** (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone,** (1) call Zoom for Government at 1-669-254-5252 or 1-646- 828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL 60603 or by the methods indicated on October 02, 2020.

/s/ Tom Vaughn

TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900